FREAR STEPHEN SCHMID, CSB NO. 96089
ATTORNEY AT LAW
177 POST STREET, SUITE 550
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5957
FACSIMILE:  (415) 788-5958
EMAIL:  frearschmid@aol.com

Attorney for Plaintiff
SECURITY PEOPLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITY PEOPLE, INC., | Case No. 5:15-cv-1179 |
| Plaintiff, | **STIPULATED DISMISSAL OF CASE WITH PREJUDICE, SUBJECT TO SETTLEMENT AGREEMENT** |
| v. | |
| NEXTLOCK, LLC DBA NEXTLOCK, | |
| Defendant. | |

Plaintiff SECURITY PEOPLE, INC. hereby dismisses the above-entitled action pursuant to F.R.C.P. Rule 41 with prejudice, subject to the Court retaining jurisdiction to enforce the settlement agreement of this matter if necessary, with the stipulation of defendant.

DATED:  November 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Frear Stephen Schmid*
　　　　　　　　　　　　　　　　　　　　　　　　Frear Stephen Schmid, Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　SECURITY PEOPLE, INC.

DATED:  November 2, 2015　　　　　HOPKINS & CARLEY

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer S. Coleman*
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer S. Coleman, Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　NEXTLOCK, LLC, now known as STRATTEC
　　　　　　　　　　　　　　　　　　　　　　　　ADVANCED LOGIC, LLC

STIPULATED DISMISSAL OF CASE WITH PREJUDICE, SUBJECT TO SETTLEMENT AGREEMENT